IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHERINE LEACH, GARRY K. LEACH, MARK BROWDER, TERRI BROWDER, on behalf of themselves and those Similarly situation,<br><br>　　Plaintiffs,<br><br>v.<br><br>GATEWAY CHURCH, ROBERT MORRIS, THOMAS M. LANE, KEVIN L. GROVE, STEVE DULIN,<br><br>　　Defendants. | Civil Action No. 4:24-cv-000885-ALM |

## APPENDIX IN SUPPORT OF
## GATEWAY CHURCH'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM

Defendant Gateway Church files this Appendix in Support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim.

### INDEX OF EXHIBITS

| Ex. | Description |
|---|---|
| A | Declaration of Lauren Meyer |
| B | Declaration of John D. Willbanks III |
| B-1 | Amended and Restated Bylaws of Gateway Church |

Respectfully submitted,

*/s/ Ronald W. Breaux*
Ronald W. Breaux
   Texas Bar No. 02937200
   Ron.Breaux@haynesboone.com
Bradley W. Foster
   Texas Bar No. 07283200
   Brad.Foster@haynesboone.com
Taryn M. McDonald
   Texas Bar No. 24088014
   Taryn.McDonald@haynesboone.com
Ryan Paulsen
   Texas Bar No. 24060397
   Ryan.Paulsen@haynesboone.com
Justin W. Manchester
   Texas Bar No. 24126965
   Justin.Manchester@haynesboone.com
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
214.651.5000 (phone)
214.651.5940 (fax)
-
Wendi L. Hodges
   Texas Bar No. 24045096
   Wendi@thechurchlawyers.com
Alison R. Haefner
   Texas Bar No. 24107796
   Ally@thechurchlawyers.com
**MIDDLEBROOK | GROUP, PLLC**
611 S. Main Street, Suite 500
Grapevine, Texas 76051
817.484.0214 (phone)
817.484.0194 (fax)
-
Shari D. Goggin
   Federal Bar No. 3169653
   sgoggin@rlattorneys.com
**RESNICK & LOUIS, P.C.**
1512 Center Street, Suite 100
Houston, Texas 77007
281.962.3676 (phone)

**COUNSEL FOR GATEWAY CHURCH**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record on November 25, 2024, pursuant to the Court's ECF filing system and the Federal Rules of Civil Procedure.

*/s/ Ronald W. Breaux*
Ronald W. Breaux