# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHERINE LEACH, GARRY K. LEACH, MARK BROWDER, TERRI BROWDER, on behalf of themselves and those Similarly situation, <br><br> Plaintiffs, <br><br> v. <br><br> GATEWAY CHURCH, ROBERT MORRIS, THOMAS M. LANE, KEVIN L. GROVE, STEVE DULIN, <br><br> Defendants. | Civil Action No. 4:24-cv-000885-ALM |

**DECLARATION OF LAUREN MEYER**

I, Lauren Meyer, with the work address of 500 S Nolen Dr, Suite 300. Southlake, TX 76092, declare as follows:

1. I am over the age of 21 years, of sound mind, and legally competent to make this declaration. I have personal knowledge of and am familiar with the matters set forth in this declaration, and the facts and statements contained herein are true and correct.

2. I am Associate Director of Revenue for Gateway Church. My work responsibilities include, in part, reviewing and maintaining records of income for Gateway Church, including records of donors who have given financial support to Gateway Church.

3. Gateway Church was founded in the year 2000 in the city of Southlake, Texas.

4. From its first permanent location in Southlake Texas, Gateway has expanded to 11 campuses, 9 of which are presently located in the Dallas-Fort Worth area.

5. As of November 14, 2024, 17,690 donors have given to Gateway Church in the year 2024. 16,417 of those members, approximately 93%, reside in Texas.

6. The chart below details the total donors to Gateway and the total number of Texas residents donating to Gateway over the last six years.

|  | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 YTD |
|---|---|---|---|---|---|---|
| # of Texas Donors | 23,617 | 19,448 | 18,405 | 18,240 | 20,193 | 16,417 |
| # of All Donors | 25,661 | 21,460 | 20,710 | 20,378 | 22,340 | 17,690 |
| % of Texas Donors | 92% | 91% | 89% | 90% | 90% | 93% |

7. Gateway Church obtains information regarding its donors through the software platform PushPay, which Gateway Church uses to process all donations made to the Church. I am familiar with this program and requested and received this data as a compilation of data maintained in the ordinary course of business.

8. Gateway Church maintains these donor records on PushPay as records of business transactions and for tax reporting purposes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2024.

*Lauren Meyer* (signature)
Lauren Meyer