**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **KATHERINE LEACH, GARRY K. LEACH, MARK BROWDER, TERRI BROWDER, on behalf of themselves and those Similarly situated,** | § § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § § | **Civil Action No. 4:24-cv-000885-ALM** |
| **GATEWAY CHURCH, ROBERT MORRIS, THOMAS M, LANE, KEVIN L. GROVE, STEVE DULIN,** | § § § § § | |
| *Defendants*. | § | |

<u>**ORDER**</u>

Before the Court is Defendant Robert Morris's Motion to Dismiss and Supporting Memorandum Brief. Upon consideration of the Motion, any opposition thereto, applicable law, and the entire record, the Court is of the opinion that the Motion should be and is hereby GRANTED.

IT IS SO ORDERED.