IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHERINE LEACH, GARRY K. LEACH, MARK BROWDER, TERRI BROWDER, on behalf of themselves and those Similarly situation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GATEWAY CHURCH, ROBERT MORRIS, THOMAS M. LANE, KEVIN L. GROVE, STEVE DULIN,<br><br>　　　　　Defendants. | Civil Action No. 4:24-cv-000885-ALM |

## PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE CLAIMS AGAINST KEVIN L. GROVE

Plaintiffs, Katherine Leach, Garry K. Leach, Mark Browder and Terri Browder, by and through undersigned counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an order dismissing this case without prejudice against Kevin L. Grove. In support of this motion, Plaintiffs state as follows:

1.　Plaintiffs seek to voluntarily dismiss this action without prejudice as to the claims against Defendant Kevin L. Grove, only.

2.　This motion is made in good faith and not for the purposes of delay or to prejudice Defendants.

3.　Dismissal without prejudice will not cause any undue burden or unfair prejudice to Defendants.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order dismissing the claims against Kevin L. Grove without prejudice and granting such other relief as the Court deems just and proper.

Respectfully submitted,

*/s/T. Micah Dortch*
**Timothy Micah Dortch**
Texas State Bar No. 24044981
Email: Micah@dll-law.com
**Lance L. Livingston**
Texas State Bar No. 24068269
Email: Lance@dll-law.com
**DORTCH LINDSTROM LIVINGSTON LAW GROUP**
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
(214) 393-1212
(888) 653-3299 fax

**Lu Pham**
State Bar No. 15895430
lpham@phamharrison.com
**Caroline C. Harrison**
State Bar No. 24046034
charrison@phamharrison.com
**PHAM HARRISON, LLP**
505 Pecan Street, Suite 200
Fort Worth, Texas 76102
(817) 632-6300
(817) 632-6313 fax

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I conferred with counsel for Defendant Kevin Grove about the merits of this motion and counsel is not opposed to the relief requested in this motion.

                                                  */s/ T. Micah Dortch*
                                                  **TIMOTHY MICAH DORTCH**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on February 26, 2025, with a copy of this document by electronic means via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                  */s/ T. Micah Dortch*
                                                  **T. MICAH DORTCH**