IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHERINE LEACH, GARRY K. LEACH, MARK BROWDER, TERRI BROWDER, on behalf of themselves and those Similarly situation,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GATEWAY CHURCH, ROBERT MORRIS, THOMAS M. LANE, KEVIN L. GROVE, STEVE DULIN,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§　Civil Action No. 4:24-cv-000885-ALM<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Before the Court is Plaintiffs' Motion to Dismiss without Prejudice its claims against Kevin L. Grove, only (Dkt. #59). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all pending claims in this case against Defendant Kevin L. Grove are DISMISSED without prejudice. Each party shall bear its own costs and fees.

All pending motions by Kevin L. Grove are DENIED as moot.

**IT IS SO ORDERED.**
**SIGNED this 7th day of March, 2025.**

　　　　　　　　　　　　　　　　AMOS L. MAZZANT
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE