IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHERINE LEACH, GARRY K. LEACH, MARK BROWDER, TERRI BROWDER, on behalf of Themselves and those Similarly situated, <br><br>  Plaintiffs, <br><br> v. <br><br> GATEWAY CHURCH, ROBERT MORRIS, THOMAS M. LANE, KEVIN L. GROVE, STEVE DULIN, <br><br>  Defendants. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:24-cv-000885-ALM |

## NOTICE OF APPEARANCES

PLEASE TAKE NOTICE that the undersigned attorneys Aaron Z. Tobin, Stuart L. Cochran, and Blake E. Mattingly of CONDON TOBIN SLADEK THORNTON NERENBERG PLLC, enter their appearances as counsel of record for Defendant Robert Morris, and request that the Court and counsel for all parties update their records and serve the undersigned counsel with all pleadings, correspondence and all other notices and documents in this matter.

Dated: March 17, 2025.

Respectfully submitted,

CONDON TOBIN SLADEK
THORNTON NERENBERG PLLC

 /s/ Blake E. Mattingly
Aaron Z. Tobin
Texas Bar No. 24028045
Stuart L. Cochran
Texas Bar No.: 24027936
Blake E. Mattingly
Texas Bar No.: 24104229
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800

1

30147636v1 100720.002.00

Facsimile: (214) 691-6311  
atobin@condontobin.com  
scochran@condontobin.com  
bmattingly@condontobin.com  

**ATTORNEYS FOR DEFENDANT ROBERT MORRIS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all attorneys of record in this cause of action *via* Electronic Notice on March 17, 2025, in accordance with the Federal Rules of Civil Procedure.

 */s/ Blake E. Mattingly*  
Blake E. Mattingly

30147636v1 100720.002.00