IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KATHERINE LEACH, GARRY K. LEACH, MARK BROWDER, TERRI BROWDER, on behalf of themselves and those Similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GATEWAY CHURCH, ROBERT MORRIS, THOMAS M. LANE, KEVIN L. GROVE, STEVE DULIN,<br><br>Defendants. | Civil Action No. 4:24-cv-00885-ALM<br><br>JURY DEMANDED |

**[proposed] ORDER**

Having considered the Plaintiffs' Motion to Compel Initial Disclosures and Related Documents (Dkt. \_\_\_\_); the Motion is GRANTED.

Therefore, Defendants are compelled to serve the initial disclosures related documents within 14 days from the date of this order.

IT IS SO ORDERED.