IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHERINE LEACH, GARRY K. LEACH, MARK BROWDER, TERRI BROWDER, on behalf of themselves and those similarly situated, | §§§§§ | |
| *Plaintiffs,* | §§ | Civil Action No. 4:24-cv-00885-ALM |
| v. | §§ | Judge Amos L. Mazzant |
| GATEWAY CHURCH, ROBERT MORRIS, and STEVE DULIN, | §§§§ | |
| *Defendants.* | §§ | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Katherine Leach, Garry K. Leach, Mark Browder, and Terri Browder (collectively, "Plaintiffs"), on behalf of themselves and those similarly situated, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Memorandum Opinion and Order (Dkt. #101), entered in this action on June 23, 2026, granting Defendants' motions to dismiss Plaintiffs' Second Amended Complaint under the ecclesiastical abstention doctrine, and from the final judgment of dismissal reflected therein directing the Clerk to close this civil action.

This appeal is taken from the aforementioned order and judgment in their entirety, including without limitation the Court's rulings: (1) granting Gateway Church's Motion to Dismiss the Second Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Claim (Dkt. #83); (2) granting Defendant Robert Morris's Partial Motion to Dismiss (Dkt. #85); and (3) dismissing Plaintiffs' claims and directing the Clerk to close this civil action.

Page **1** of **2**

Respectfully submitted,

*/s/T. Micah Dortch*
Timothy Micah Dortch
Texas State Bar No. 24044981
Email: Micah@dll-law.com
Lance L. Livingston
Texas State Bar No. 24068269
Email: Lance@dll-law.com
DORTCH LINDSTROM LIVINGSTON
LAW GROUP
2613 Dallas Parkway, Suite 220
Plano, Texas 75093
(214) 393-1212
(888) 653-3299 fax

Lu Pham
State Bar No. 15895430
lpham@phamharrison.com
Caroline C. Harrison
State Bar No. 24046034
charrison@phamharrison.com
PHAM HARRISON, LLP
505 Pecan Street, Suite 200
Fort Worth, Texas 76102
(817) 632-6300
(817) 632-6313 fax

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on July 17, 2026, with a copy of this document by electronic means via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/T. Micah Dortch*
T. MICAH DORTCH

Page **2** of **2**